UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DOHYUNG KWON,

                      Plaintiff,                  24-CV-07705 (SN)

        -against-                                    **ORDER**

THE UNITED STATES OF AMERICA,

                      Defendant.

-----------------------------------------------------------------X
-----------------------------------------------------------------X

PROGRESSIVE SPECIALTY INSURANCE
COMPANY, as subrogee of Dohyung Kwon,

                      Plaintiff,                  25-CV-01821 (JPO)(SN)

        -against-

UNITED STATES OF AMERICA,

                      Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The telephone conference scheduled for May 28, 2025, at 3:00 p.m. is RESCHEDULED to May 28, 2025, at 12:00 p.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (855) 244-8681 and enter Access Code 23142707008.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     May 20, 2025
                New York, New York