```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DOHYUNG KWON,

                              Plaintiff,

         -against-

THE UNITED STATES OF AMERICA,

                             Defendant.

-----------------------------------------------------------------X

24-CV-07705 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       On September 30, 2025, the Court held a settlement conference. As discussed at the conference, this action is stayed until further order of the Court. The Government shall file a status letter regarding settlement negotiations by October 30, 2025.

**SO ORDERED.**

                                                                  _____
                                                                  SARAH NETBURN
                                                                  United States Magistrate Judge

DATED:     September 30, 2025
                 New York, New York