UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DOHYUNG KWON,

                Plaintiff,            24-CV-07705 (SN)

      -against-                            **ORDER**

THE UNITED STATES OF AMERICA,

                Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On September 30, 2025, the Court held a settlement conference and directed the Government to file a status letter regarding settlement negotiations by October 30, 2025. In light of the lapse in government funding and pursuant to the Amended Standing Order 25-mc-00433, this case is stayed until the business day after the President signs into law a budget appropriation that restores federal funding. All deadlines in this case, including the deadline for the government to file its status letter, shall be extended by the number of days between September 30, 2025, and the restoration of federal funding.

SO ORDERED.

                                          SARAH NETBURN
                                          United States Magistrate Judge

DATED:     November 3, 2025
              New York, New York