UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

DOHYUNG KWON,

                             Plaintiff,                            24-CV-07705 (SN)

                -against-                                      **ORDER**

THE UNITED STATES OF AMERICA,

                             Defendant.

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       In light of the recent lapse in government funding and pursuant to the Amended Standing Order 25-mc-00433, all deadlines shall be extended by the number of days between September 30, 2025, and the restoration of federal funding. Absent further order by the Court, the Government shall file a status letter regarding settlement negotiations by December 12, 2025.

**SO ORDERED.**

                                                                SARAH NETBURN
                                                                United States Magistrate Judge

DATED:       November 18, 2025
                 New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/18/2025